**Ashwin Ladva, Esq. (SB# 206140)**
**Scott S. Nakama, Esq. (SB# 296732)**
**LADVA LAW FIRM**
530 Jackson Street, Second Floor
San Francisco, CA 94133
T: (415) 296-8844
F: (415) 296-8847
ladvalaw@gmail.com
snakama@ladvalaw,com
Attorneys for Plaintiff Anderson Stokes

THEODORE E. BACON (CA Bar No. 115395)
tbacon@AlvaradoSmith.com
CATHERINE S. MEULEMANS (CA Bar No. 146276)
cmeulemans@AlvaradoSmith.com
JACOB M. CLARK (CA Bar No. 266630)
jclark@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation 235 Pine Street,
Suite 1150 San Francisco, CA 94104 Tel: (415)  624-8665
Fax:  (415) 391-1751

Attorneys for Defendant WALGREEN CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON STOKES,<br><br>                Plaintiff,<br><br>       vs.<br><br><br>WALGREENS CO.,<br><br><br>                Defendants. | Case No. 4:21-cv-08488-HSG<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION; ORDER**<br><br><br><br>**Complaint Filed:** November 1, 2021 |

5271481.1 -- N1877.2

Pursuant to F.R.C.P. 29 (b), Defendant WALGREENS CO. ("WALGREENS" or "Defendant") and Plaintiff Anderson Stokes ("Plaintiff") (collectively, the "Parties") file this Joint Stipulation to Extend the ADR Deadline.

WHEREAS, on September 24, 2022, the Parties' filed a Joint Stipulation and [Proposed] Order Selecting ADR Process;

WHEREAS, on September 26, 2022, the Court ordered that the Parties complete mediation within 90 days or by December 25, 2022;

WHEREAS, on October 7, 2022, the Court appointed Todd Jackson as the mediator.

WHEREAS, due to scheduling conflicts and the upcoming holidays, the Parties could not schedule a mediation with Mr. Jackson by December 25, 2022;

WHEREAS, the Parties have conferred and agreed upon a mediation date of January 23, 2023;

WHEREAS, the Parties have conferred with Mr. Jackson to secure the January 23, 2023 mediation date;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that the deadline to complete ADR, currently set for December 25, 2022, shall be continued until January 23, 2023, the date upon which the parties will mediate.

Dated: December 23, 2022

    Respectfully submitted,

    Ladva Law Firm

    By: _____
    Scott S. Nakama
    Attorney for Plaintiff
    ANDERSON STOKES

5271481.1 -- N1877.2

Dated: December 23, 2022

                      ALVARADOSMITH
                      A Professional Corporation

By:_____
    THEODORE E. BACON
  CATHERINE S. MEULEMANS
     JACOB M. CLARK
   Attorneys for Defendant
      WALGREEN CO.

5271481.1 -- N1877.2

**ORDER**

The parties have so stipulated and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The deadline to complete ADR, currently set for December 25, 2022, shall be continued until January 23, 2023.

**IT IS SO ORDERED.**

DATED: 12/27/2022

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge